United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
Trial Attorney

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Eventide Credit Acquisitions, LLC,** | § | **Case No. 20-40349-ELM-11** |
| | § | **Chapter 11** |
| | § | |
| **Debtor-in-Possession.** | § | |

### Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE EDWARD LEE MORRIS, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Dowin Coffy**
2160 W. Monroe Street, Apt. C
Springfield, IL 62704
(269) 757-4409
Coffyman20@gmail.com

**Dana Duggan**
2 Cityview Lane, Apt. 810
Quincy, MA 02169
(781) 985-2364
danaduggan@gmail.com

**Reneé Galloway**
142 Banneker Dr.
Williamsburg, VA 23185
(804) 269-6845
Respsych16@gmail.com

**George Hengle**
12801 Winfree Street
Chester, VA 23831
(804) 920-8045
hengnout@gmail.com

**Regina Nolte**
3210 Eddy Court
Indianapolis, IN 46214
(317) 833-9565
Caymanangel@hotmail.com

**Richard L. Smith, Jr.**
42180 NW Wilkes St.
Banks, OR 97106
(480) 238-3802
Rsmith68n@yahoo.com

**Teresa Titus**
4125 S. Settler Dr. #127
Ridgefield, WA 98642
(925) 915-9792
Tracy.contractparalegal@gmail.com

Dated: February 7, 2020

WILLIAM T. NEARY,
UNITED STATES TRUSTEE

By: */s/ Erin Marie Schmidt*
Erin Marie Schmidt,
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov