Jeff Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
**FORSHEY & PROSTOK, LLP**
777 Main Street, Suite 1290
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
Email: llankford@forsheyprostok.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | § § | Case No. 20-40349-elm11 |
| Debtor. | § § | |
| | § | |

**DEBTOR'S APPLICATION FOR ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF FORSHEY & PROSTOK, LLP
AS ATTORNEYS FOR THE DEBTOR AS OF THE PETITION DATE**

**NO HEARING WILL BE HELD ON THIS APPLICATION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TEXAS 76102 BEFORE CLOSE OF BUSINESS ON MARCH 3, 2020, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON THE UNDERSIGNED COUNSEL FOR MOVANT PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON THIS APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Eventide Credit Acquisitions, LLC (the "Debtor"), as debtor in possession, files this Application (the "Application") pursuant to section 327 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of order authorizing the employment and retention of Forshey & Prostok, LLP as Attorneys for the Debtor as of the Petition Date. In support of this Application, the Debtor respectfully states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 28, 2020 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

4. On February 7, 2020, the United States Trustee appointed the Official Unsecured Creditors' Committee in this case.

## RETENTION OF FORSHEY & PROSTOK, LLP

5. By this Application, the Debtor seeks Court approval, pursuant to section 327(a) of the Bankruptcy Code and Rule 2014(a) of the Bankruptcy Rules, to employ and retain Forshey

& Prostok, LLP ("F&P") as its bankruptcy counsel as of the Petition Date. The Debtor requests that the Court approve the retention of F&P as of the Petition Date to perform the extensive legal services that will be necessary during this chapter 11 case.

6. The Debtor contemplates that F&P will render general legal services to the Debtor as needed throughout the course of this chapter 11 case, including litigation and bankruptcy assistance and advice. Certain of the legal services that F&P will render to the Debtor may include the following:

(a) Advising the Debtor of its rights, powers and duties as debtor and debtor in possession continuing to operate and manage its business and assets;

(b) Advising the Debtor concerning, and assisting in the negotiation and documentation of, agreements, debt restructurings, and related transactions;

(c) Reviewing the nature and validity of liens asserted against the property of the Debtor and advising the Debtor concerning the enforceability of such liens;

(d) Advising the Debtor concerning the actions that it might take to collect and to recover property for the benefit of the Debtor's estate;

(e) Preparing on behalf of the Debtor all necessary and appropriate applications, motions, pleadings, proposed orders, notices, schedules and other documents, and reviewing all financial and other reports to be filed in this chapter 11 case;

(f) Advising the Debtor concerning, and preparing responses to, applications, motions, pleadings, notices and other papers that may be filed and served in this chapter 11 case;

(g) Counseling the Debtor in connection with the formulation, negotiation and promulgation of one or more plans of reorganization and related documents;

(h) Performing all other legal services for and on behalf of the Debtor that may be necessary or appropriate in the administration of this chapter 11 case or in the conduct of the bankruptcy case and the Debtor's business, including advising and assisting the Debtor with respect to debt restructurings, asset dispositions, and general business, tax, finance, real estate and litigation matters; and

    (i)    All such other legal services as may be necessary or appropriate in connection with the bankruptcy case.

7. The Debtor requires knowledgeable counsel to render the above-described essential professional services. The Debtor has selected F&P as its attorneys because of F&P's extensive experience in the bankruptcy and financial restructuring areas of law. F&P has significant expertise in the areas of bankruptcy, insolvency, corporate reorganization and debtor-creditor law. F&P's attorneys have played significant roles in many complex chapter 11 reorganizations. F&P has particular experience in chapter 11 cases and is well-qualified to represent the Debtor's interests in this case.

## CO-COUNSEL FOR DEBTOR

8. The Debtor seeks to retain F&P as co-counsel for the Debtor, along with Loeb & Loeb LLP ("Loeb"). The Debtor believes that the employment and retention of co-counsel is necessary and appropriate under the circumstances.

9. Due to the size and complexity of the Debtor's Chapter 11 case, the Debtor believes it is appropriate to retain both a national and a local firm as its bankruptcy counsel. Loeb has a national practice and, in addition to its exceptional bankruptcy proficiency, brings to the table broad expertise in a number of disciplines. F&P has extensive experience with the local bankruptcy bar and rules of court and is available locally to attend expedited hearings and address issues on an immediate basis as they may arise. Further, either firm will be able to handle any Debtor matter if the other firm has a potential conflict of interest. The Debtor is informed and believes that duplication of effort between Loeb and F&P will be minimized, and that they will work closely together to ensure minimal duplication. In light of the size and complexity of this case, Debtor respectfully submits that the services of Loeb and F&P are necessary and appropriate to ensure that the Debtor's interests are protected. The Debtor

believes that pooling the resources of Loeb and F&P will foster the dual goals of efficient and effective representation and will work to the benefit of the Debtor, the Debtor's estate and creditors of the Debtor.

### **PROPOSED COMPENSATION OF FORSHEY & PROSTOK, LLP**

10. Subject to the Court's approval, F&P will charge the Debtor for its legal services on an hourly basis at its customary hourly rates, which are subject to change from time-to-time. The current hourly rates for the professionals who are expected to be most involved in this matter are set forth below:

| Professional | Fee Range |
|---|---|
| Jeff P. Prostok | $675.00 |
| Lynda L. Lankford | $485.00 |
| Other Firm Attorneys | $275.00 – $625.00 |
| Paralegal/Legal Assistant | $175.00 - $255.00 |

11. In addition, F&P will seek reimbursement of expenses advanced on behalf of the Debtor according to its customary and usual practices. F&P will maintain detailed records of any actual and necessary or appropriate costs and expenses incurred in connection with the aforementioned legal services.

12. F&P intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and orders of this Court. In the event the Application is approved, the Debtor reserves the right to request the implementation of interim compensation procedures with respect to fees and expenses incurred by F&P in the course of its representation of the Debtor in this case; however, any such additional request will be made by separate motion.

## DISCLOSURES

13. As set forth in the Declaration of Jeff P. Prostok (the "Declaration") to be filed herewith, F&P was retained by the Debtor prior to the Petition Date to provide legal advice to the Debtor, including restructuring and bankruptcy advice, and preparation of the requisite petitions, pleadings, exhibits, lists and schedules relating to the commencement of the Debtor's chapter 11 case. In connection with such engagement, the Debtor, through Loeb, paid to F&P a retainer in the amount of $25,000.00 on January 28, 2020 (the "Retainer") prior to the bankruptcy filing. Of the total Retainer, $19,936.00 was applied pre-petition to satisfy fees and expenses incurred prior to the Petition Date. The remainder of the Retainer in the amount of $5,064.00 is being held in F&P's trust account.

14. F&P does not believe that it received any preferential payments, as its fees and expenses were billed against the Retainer in the ordinary course of business. If F&P is retained as counsel, and if any such transfers are determined to be preferential, and not subject to any defense or offset, F&P will return the voidable transfer and will waive any prepetition claim based upon the return of the voidable transfer.

15. To the best of the Debtor's knowledge, information and belief, other than as disclosed in the Declaration, F&P has no connection with the Debtor, its creditors or any other party in interest herein or their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee. F&P has not represented any other party in interest with respect to any matter related to the Debtor.

16. To the best of the Debtor's knowledge, information and belief, F&P represents no interest adverse to the Debtor or to its estate in the matters for which F&P is proposed to be retained and is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code.

The Debtor submits that its employment of F&P would be in the best interests of the Debtor, its estate and creditors.

17. The Declaration filed concurrently herewith has been executed on behalf of F&P in accordance with the provisions of sections 327, 328, 329 and 504 of the Bankruptcy Code, Bankruptcy Rule 2014, N.D. Tex. L.B.R. 2014-1 and 2016-1 and U.S. Trustee Guidelines. The Debtor's knowledge, information and belief regarding the matters set forth herein are based and made in reliance upon said Declaration.

18. No previous application for the relief requested herein has been made in this case.

## NOTICE

19. Notice of this Application will be provided to (i) the Office of the United States Trustee for the Northern District of Texas; (ii) the holders of the twenty (20) largest unsecured claims against the Debtor; and (iii) parties requesting notice; all as set forth below. The Debtor submits that no further notice need be provided.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the employment and retention of Forshey & Prostok, LLP as attorneys for the Debtor, effective as of the Petition Date, on the terms set forth above, and granting the Debtor all other just and proper relief.

(Remainder of page intentionally left blank)

Dated: February 11, 2020.　　　　　　Respectfully submitted,

                                          **EVENTIDE CREDIT ACQUISITIONS, LLC**

                                          By: _____
                                              Drew McManigle, Manager

Respectfully submitted,

/s/ Jeff P. Prostok
_____
Jeff P. Prostok
Texas Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, Texas 76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
jprostok@forsheyprostok.com
llankford@forsheyprostok.com

**PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the parties requesting service via this Court's ECF Electronic Notice and upon the parties on the attached Service List via United States Mail, first class postage prepaid, on February 11, 2020.

                                          /s/ Jeff P. Prostok
                                          _____
                                          Jeff P. Prostok

L:\JPROSTOK\Eventide Credit Acquisitions, LLC (C11) #6075\Pleadings 20-40349-elm11\Application to Employ F&P 2.10.20.docx

**Service List**
**Eventide**
**#6075**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Amadou Kilkenny Diaw
Ruyak Cherian LLP (NA)
1700 K Street NW, Suite 810
Washington, DC 20006

Andrew Kurt Clark
Hirschler Fleischer PC
2100 E. Cary Street
Richmond, VA 23223

Ascension Technologies, LLC
E23970 Pow Wow Trail
Watersmeet, MI 49969

**Breakwater Holding, LLC**
**Attn: Tine Ponia**
**Bermuda House, Tutakimoa Road**
**PO Box 822**
**Rarotonga, Cook Islands**

Casey Shannon Nash
Kelly Guzzo PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

Craig Carley Marchiando
Consumer Litigation Associates
763 J Clyde Morris Blvd., Suite 1A
Newport News, VA 23601

Cynthia B. Chapman
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Eleanor Michelle Drake
Berger & Montague PC
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414

Eventide Credit Acquisitions, LLC
Drew McManigle
1920 McKinney Ave., 7th Floor
Dallas, TX 75201

Eventide Credit Acquisitions, LLC
c/o Bernard R. Given, II
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Amy E. Tabor
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Anna Bruty
Rosette, LLP
44 Grandville Ave., SW, Suite 300
Grand Rapids, MI 49503

Beth Ellen Terrell
Terrell Marshall Law Group PLLC
936 North 34th St., Suite 300
Seattle, WA 98103-6689

Brendan C. Horgan
LeClair Ryan PC (Richmond)
919 East Main Street, 24th Floor
Richmond, VA 23219

Charles Palella
Armstrong Teasdale LLP (NY-NA)
919 Third Avenue, 37th Floor
New York, NY 10022

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St
Alexandria, VA 22314

David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

Elizabeth A. Ryan
Bailey & Glasser LLP
99 High Street, Suite 304
Boston, MA 02110

United States Trustee
Erin Schmidt
1100 Commerce St., Room 976
Dallas, TX 75242

Alec Paul Harris
Armstrong Teasdale LLP (CO-NA)
4643 S Ulster Street
Suite 800
Denver, CO 80237

Andrew Joseph Guzzo
Kelly Guzzo PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

Anna Marek Bruty
Rosette LLP
44 Grandville Ave SW, Suite 300
Grand Rapids, MI 49503

Big Picture Loans, LLC
E23970 Pow Wow Trial
Watersmeet, MI 49969

Brian McFadden
3133 Indian Pont Road
Saugatuck, MI 49453

Cortland Christopher Putbrese
Dunlap Bennett & Ludwig (Richmond)
8003 Franklin Farms Dr., Suite 220
Richmond, VA 23229

Craig Thomas Merritt
Christian & Barton LLP
909 E Main St., Suite 1200
Richmond, VA 23219-3095

Devin Noble
Hinshaw & Culbertson LLP (IL-NA)
100 Park Avenue
PO Box 1389
Rockford, IL 61105

Elizabeth Anne Adams
Terrell Marshall Law Group PLLC
936 North 34th St., Suite 300
Seattle, WA 98103-6689

Elizabeth Childress Burneson
Hirschler Fleischer PC
2100 E Cary Street
Richmond, VA 23223

Elizabeth Clay Solander
Hughes Hubbard & Reed LLP (DC)
1775 I Street NW, Suite 600
Washington, DC 20006

Elizabeth W. Hanes
Consumer Litigation Associates (Richmond)
626 E Broad Street, Suite 300
Richmond, VA 23219

Gallant Capital, LLC
1920 McKinney Avenue, 7th Floor
Dallas, TX 75201

Harrison Mann Gates
Christian & Barton LLP
909 E Main St, Suite 1200
Richmond, VA 23219

Hugh McCoy Fain, III
Spotts Fain PC
411 E Franklin St
PO Box 1555
Richmond, VA 23218-1555

Ian D. Roffman
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604

James Dowd
2014 Calle Las Violetas
San Juan, PR 00915-3537

Jennifer Rust Murray
Terrell Marshall Law Group PLLC
936 North 34th St., Suite 300
Seattle, WA 98103-6689

John B. Scofield, Jr.
Caddell & Chapman
628 East 9th St.
Houston, TX 77007

John Gerard Albanese
Berger & Montague PC
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414

John J. Roddy
Bailey & Glasser LLP
99 High Street, Suite 304
Boston, MA 02110

John Michael Erbach
Spotts Fain PC
411 E Franklin St/. Suite 600
Richmond, VA 23219

Jonathan Frank Hollis
Woods Rogers PLC (Richmond)
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1550
Richmond, VA 23219

Justin Alexander Gray
Rosette, LLP
44 Grandville Ave., SW, Suite 300
Grand Rapids, MI 49503

Justin Martorello
2019 Westbourne Park Dr.
Houston, TX 77077

Karrie S. Wichtman, General Counsel
Lac Vieux Desert Band of
Lake Superior Chippewa Indians
N4698 US 45
PO Box 249
Watersmeet, MI 49969

Kristi Cahoon Kelly
Kelly Guzzo PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Blvd., Suite 1A
Newport News, VA 23601

Martin Cunniff
RuyakCherian LLP (NA)
1700 K Street NW, Suite 810
Washington, DC 20006

Michael A. Caddell
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Michael J. Leard
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604

Michael Stinson
Dorsey & Whitney LLP (MN-NA)
50 S Sixth St., Suite 1500
Minneapolis, MN 55402

Michael T. Grant
LeClair Ryan, P.C.
60 State Street, 23rd Fl.
Boston, MA 02109

Nicole St. Germain
Rosette LLP
1415 L Street
Sacramento, CA 95814

Office of General Counsel
801 Cherry Street
Suite 2500, Unit 45
Fort Worth, TX 76102

Pax ADR, LLC
2101 L Street, NW, Suite 800
Washington, DC 20037

Rebecca Ruby Anzidei
Ruyak Cherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

Richard L. Scheff
Armstrong Teasdale LLP
2005 Market Street, 29th Floor
Philadelphia, PA 19103

Robert Allen Rosette
Rosette, LLP
565 W. Chandler Blvd., Suite 212
Chandler, AZ 85225

Simon Liang
119 Gascony Dr.
Greenville, SC 29609-6048

Steve D. Larson
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204

Steven C. Berman
Stoll Stoll Berne Lokting & Schlachter
209 SW Oak Street, 5th Floor
Portland, OR 97204

Texas Comptroller of Public Accounts
Revenue Accounting Division --
Bankruptcy Section
PO Box 13528 Capitol Station
Austin, TX 78711

Thomas Lester
Hinshaw & Culbertson LLP (IL-NA)
100 Park Avenue
PO Box 1389
Rockford, IL 61105

Timothy J. St. George
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

Vernie Charles Durocher, Jr.
Dorsey & Whitney LLP (MN-NA)
50 S Sixth St., Suite 1500
Minneapolis, MN 55402

Dowin Coffy
2160 W. Monroe St., Apt. C
Springfield, IL 62704

Dana Duggan
2 Cityview Lane, Apt. 810
Quincy, MA 02169

Renee Galloway
142 Banneker Dr.
Williamsburg, VA 23185

George Hengle
12801 Winfree St.
Chester, VA 23831

Regina Nolte
3210 Eddy Court
Indianapolis, IN 46214

Richard L. Smith, Jr.
42180 NW Wilkes St.
Banks, OR 97106

Teresa Titus
4125 S. Settler Dr. #127
Ridgefield, WA 98642