**GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Eventide Credit Acquisitions, LLC ("**ECA**") debtor in possession (the "**Debtor**")[1] filed for chapter 11 (the "**Chapter 11 Case**") and in connection therewith has filed its respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statement of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Northern District of Texas Fort Worth Division (the "**Bankruptcy Court**"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

In 2019 alone, the Debtor paid over $7.5 million in legal fees defending itself and certain parties it is required to indemnify in pending litigation. As the Debtor has not received payments under the promissory note that is its primary asset (the "**Promissory Note**") in more than a year, as a result of both past and prospective breaches of the terms of the Promissory Note and related transaction documents by Tribal Economic Development Holdings, LLC ("**TED**"), Big Picture Loans, LLC, Ascension Technologies, LLC, and the Lac Vieux Desert Band of Lake Superior Chippewa Indians, the Debtor was forced to file a voluntary petition for protection under Chapter 11 of the Bankruptcy Code with the Bankruptcy Court on January 28, 2020.

While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the discrepancy in tax reporting calculations used, the complexity of the multiple litigation claims and the large legal fees associated therewith, the complex loan value calculations at issue, and the data and information that was available at the time of preparation, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements for the Debtor are signed by Drew McManigle, Manager of the Debtor. In reviewing and signing the Schedules and Statements, Mr.

---

[1] The location of the Debtor's corporate headquarters and service address is 1920 McKinney Ave, 7th Floor Dallas, TX 75201.

18863027.1
233953-10002

McManigle relied upon his knowledge of the business, the Debtor's accounting and financial data, and the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor, and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or its agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, or financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1. **Description of Case.** On January 28, 2020, (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. **Reservations and Limitations.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   (a) **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

(b)  **Recharacterization.** Notwithstanding that the Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.

(c)  **Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtor to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtor's decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.

(d)  **Classifications.** Listing or not listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the right to recharacterize or reclassify such claim or contract.

(e)  **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."

(f)  **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(g)  **Causes of Action.** Despite commercially reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in its respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

(h)  **Insiders.** In the circumstance where the Schedules and Statements require

3

information regarding "insiders," the Debtor has included information with respect to certain individuals who served as officers and managers, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only.

3.   **Methodology.**

(a)   **Basis of Presentation.** The Debtor relied on its accounting firm to maintain Debtor's books and records.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor. These Schedules and Statements reflect the best available estimate of assets and liabilities of the Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the data extracted from the Debtor's books and records and historical financial statements. The fair value and net realizable value of personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the condition, collection and ownership of certain assets and the valuation and nature of certain liabilities, that the Debtor shows more assets than liabilities is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.

All asset and liability information, except where otherwise noted, is reflected through January 28, 2020.

(b)   **Confidential Information.** There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtor may have used this approach for the privacy of an individual.

(c)   **Master Agreements.** Contracts listed in the Schedules and Statements may be master agreements that cover relationships with the Debtor. Debtor reserves all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtor with respect to such agreements, if appropriate.

4

(d)     **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

(e)     **Undetermined Amounts.** The description of an amount as "unknown," is not intended to reflect upon the materiality of such amount.

(f)     **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(g)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(h)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

(i)     **Affiliate Claims.** The Debtor maintains business relationships with other entities, conducting business from time to time that may result in affiliate receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Known and assumed prepetition receivables and payables among and between the Debtor and its affiliates are reported on Schedule A/B, and

5

Schedule E/F, respectively, per the Debtor's books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

(j) **Guarantees and Indemnification Claims.** The Debtor has exercised commercially reasonable efforts to locate and identify guarantees of its agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H. The Debtor may have inadvertently omitted guarantees or indemnifications embedded in its contractual agreements and may identify additional guarantees or indemnifications as it continues to review its books and records and contractual agreements. The Debtor reserve its rights, but is not required, to amend the Schedules and Statements if additional guarantees are identified.

(k) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4. **Specific Schedules Disclosures.**

(a) **Schedules Summary**. Except as otherwise noted, the asset and liability totals represent amounts through January 28, 2020. The Debtor closes its books quarterly. Based on the size of the Debtor, the scope of its operations and internal accounting resources, a monthly close is not performed.

(b) **Schedule A/B – Parts 1 & 2 - Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtor's bank accounts are provided in the Debtor's Schedules.

(c) **Schedule A/B, Part 11 – All Other Assets.** Debtor did not maintain an asset depreciation schedule.

(d) *Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including* **Counterclaims** *of the Debtor and Rights to Setoff Claims.* The Debtor may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(e) **Schedule E/F – Creditors Who Have Unsecured Claims.**

*Part 2 - Creditors with Nonpriority Unsecured Claims.* The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a commercially reasonable attempt to set forth its

6

unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estates, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtor reserves its rights, but undertakes no obligations, to amend Schedules E/F if, or when, the Debtor receive such invoices.

(f)     **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract.

**5.     <u>Specific Statements Disclosures</u>.**

(a)     **Statements, Part 1, Question 1 – Gross Revenue from Business.** The interest rate specified in the Promissory Note is 1.81%. The interest income reported on the 1099 issued by TED to the Debtor has been substantially lower than the amount should have been using the 1.81% rate. Anderson, the tax group working with the Debtor, has reached out to TED's accounting group to attempt to discuss the issue and are still waiting for a response. Debtor reserves its right to amend its Statement of Financial Affairs based upon actual findings.

18863027.1
233953-10002

(b)  **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check date. Prior to the Petition Date, the Debtor made payments on behalf of certain non-debtor affiliates. Consequently, for the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account.

Payments to the Debtor's bankruptcy professionals and insiders are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider/affiliate (Questions 4, 13, and 11).

(c)  **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The Debtor does not know of any workers' compensation claims in response to this question. However, if any become known, the Debtor maintains that disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996).

(d)  **Statements, Part 6, Question 13 – Transfers Not Otherwise Listed.** Cash transactions and distributions by the Debtor to its insiders and affiliates of Debtor are listed on the attachment as Exhibit SOFA 4/13/30. These cash transactions are disclosed for purposes of transparency; however Debtor believes that these payments were made in the ordinary course of business.

(e)  **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Distributions by the Debtor are listed on the attachment as Exhibit SOFA 4/13/30.

6.  **Litigants/Claimants**

Best efforts have been made to notice business and people affected by the numerous lawsuits related to this petition directly and indirectly but the Debtor cannot guarantee that all effected by said litigation/claims were noticed.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements. The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note to any or all of the Debtor's remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

18863027.1
233953-10002

**Fill in this information to identify the case:**

Debtor name     **Eventide Credit Acquisitions, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **20-40349-11**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $      **60,437,205.34**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................   $      **60,437,205.34**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$      **7,643,567.14**

4.   Total liabilities ............................................................................................
    Lines 2 + 3a + 3b      $      **7,643,567.14**

**Fill in this information to identify the case:**

Debtor name    **Eventide Credit Acquisitions, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **20-40349-11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Tolleson Private Bank** | **Checking Account** | **6536** | **$240,138.49** |
| 3.2. | **Bank of America/Merrill Lynch** | **Checking Account** | **4326** | **$6,886.47** |
| 3.3. | **Merrill Lynch** | **Checking** | **2469** | **$0.05** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$247,025.01** |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Eventide Credit Acquisitions, LLC**
Name

Case number *(if known)* **20-40349-11**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Eventide Credit Acquisitions, LLC**
Name

Case number *(if known)* **20-40349-11**

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Note Receivable plus interest and**<br>**other costs - Big Picture Loan** | 60,180,386.87   -    0.00   =<br>Total face amount    doubtful or uncollectible amount | **$60,180,386.87** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Eventide Credit Acquisitions, LLC v. Lac Vieux Desert Bank of Lake Superior Chippewa Indians, Tribal Economic Development Holdings, LLC, Big Picture Loans, LLC, Ascension Technologies, LLC and LVD Tribal Acquisition Company, LLC under Case No. 01-19-0004-5187, American Arbitration Association**

| Nature of claim | **Breach of LSA, Note and Guaranty** |
|---|---|
| Amount requested | **$40,000,000.00** |

**Unknown**

**Potential claims and causes of action against Rosette, LLP in excess of $25,000**

| Nature of claim | |
|---|---|
| Amount requested | |

**Unknown**

**Potential counterclaims against class action plaintiffs for tort and abuse of process**

| Nature of claim | |
|---|---|
| Amount requested | |

**Unknown**

**Potential claims and causes of action against Robert Rosette**

| Nature of claim | |
|---|---|
| Amount requested | |

**Unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**IOLTA Retainer held by Giordani Baker Grossman & Ripp, LLP paid by Bluetech Irrevocable Trust on behalf of Debtor.**

**$9,793.46**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$60,190,180.33**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Eventide Credit Acquisitions, LLC**
    <sub>Name</sub>

Case number *(If known)*  **20-40349-11**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor **Eventide Credit Acquisitions, LLC**
Name

Case number *(If known)* **20-40349-11**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$247,025.01** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $60,190,180.33 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$60,437,205.34** + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$60,437,205.34** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Eventide Credit Acquisitions, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **20-40349-11**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name **Eventide Credit Acquisitions, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **20-40349-11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Delaware Division of Corp.**<br>**John G. Townsend Bldg.**<br>**401 Federal St., Suite 4**<br>**Dover, DE 19901** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Annual Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of General Counsel**
**801 Cherry Street**
**Suite 2500, Unit 45**
**Fort Worth, TX 76102**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**P.O. Box 13528 Capitol Station**
**Austin, TX 78711**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Amlaur Resources**
**c/o VCorp Services LLC, Registered Agent**
**1013 Centre Road Suite 403B**
**Wilmington, DE 19805**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Galloway et al. v. Martorello et al.**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Anastasia Sherman**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrea Mendez**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Eventide Credit Acquisitions, LLC** | | Case number (if known) | **20-40349-11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address

**Andrea Scarborough**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation;**
**Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation;**
**Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**Anthony Green**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation;**
**Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation;**
**Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Armstrong Teasdale**
**2005 Market Street 29th Floor**
**One Commerce Square**
**Philadelphia, PA 19103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.              **$1,600,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Ascension Technologies, LLC**
**E23970 Pow Wow Trail**
**P O Box 703**
**Watersmeet, MI 49969**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **AAA Counterclaim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Big Picture Loans, LLC**
**E23970 Pow Wow Trail**
**P O Box 704**
**Watersmeet, MI 49969**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **AAA Counterclaim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Bluetech Irrevocable Trust**
**Bermuda House, Tutakimoa Road**
**P O Box 822**
**Rarotonga, Cook Islands**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.              **$1,000,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Eventide Credit Acquisitions, LLC**        Case number (if known)    **20-40349-11**
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |

**Bluetech Irrevocable Trust**
**Bermuda House, Tutakimoa Road**
**P O Box 822**
**Rarotonga, Cook Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bluetech Irrevocable Trust**
**Bermuda House, Tutakimoa Road**
**P.O. Box 822**
**Rarotonga, Cook Islands**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation indemnified defendant.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breakwater Holding, LLC**
**Bermuda House, Tutakimoa Road**
**P.O. Box 822**
**Rarotonga, Cook Islands**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation indemnified defendant.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian Jedwab**
**25 Bayberry Road**
**Lawrence, NY 11559**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Galloway et al. v. Martorello et al.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brian McFadden**
**3133 Indian Pont Road**
**Saugatuck, MI 49453**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation indemnified defendant.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Burry Pough**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Galloway et al v. Martorello et al; 19-cv-314 Litigation;__
__Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation;__
__Galloway et al v. Williams, et al; 19-cv-470__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carrie Samantha Smith**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Galloway et al v. Williams, et al; 19-cv-470__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Kobin**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Galloway et al v. Williams, et al; 19-cv-470

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christina Cumming**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Galloway et al v. Williams, et al; 19-cv-470

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Columbia Pipe & Supply Co.**
**c/o Micahel Moore, Registered Agent**
**1120 West Pershing Rd**
**Chicago, IL 60609**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Galloway et al. v. Martorello et al. Defendant.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dana Duggan**
**2 Cityview Lane, Apt. 810**
**Quincy, MA 02169**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Duggan v. Martorello, et al. Litigation; Galloway et al v. Williams, et al; 19-cv-470

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derek Geter**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Williams, et al; 19-cv-470

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desiree Wright Lovins**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Galloway et al v. Williams, et al; 19-cv-470

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address
**Dianne Turner**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Galloway et al v. Martorello et al; 19-cv-314 Litigation;
Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation;
Galloway et al v. Williams, et al; 19-cv-470

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
**DMATrinity Wealth Transfer Trust**
**(Deborah M. Arenberg Living Trust)**
**1018 Salim Place**
**Lemont, IL 60439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Galloway et al. v. Martorello et al.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**Dominique De La Bay**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Galloway et al v. Martorello et al; 19-cv-314 Litigation;
Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation;
Galloway et al v. Williams, et al; 19-cv-470

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
**Dowin Coffy**
**2160 W. Monroe Street, Apt. C**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Williams, et al v. Big Picture Loans, LLC, et al;
17-cv-461; Galloway et al v. Williams, et al; 19-cv-470; Williams et al v.
Microbilt Corporation et al, 19-cv-85

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**DTA Trinity Wealth Transfer Trust**
**1309 S Bell Road**
**Homer Glen, IL 60491**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Galloway et al. v. Martorello et al.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Earl Browne**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Galloway et al. v. Martorello et al; 19-cv-314 Litigation;
Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation;
Galloway et al v. Williams, et al; 19-cv-470

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Faith Thomas**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Galloway et al v. Martorello et al; 19-cv-314 Litigation;_
_Galloway et al v. Williams, et al; 19-cv-470_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gallant Capital, LLC**
**1920 McKinney Avenue**
**7th Floor**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Litigation indemnified defendant._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**George Hengle**
**12801 Winfree Street**
**Chester, VA 23831**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Williams et al v. Big Picture Loans, LLC. Litigation;_
_Galloway et al v. Williams, et al; 19-cv-470;_
_Williams, et al v. Big Picture Loans, LLC, et al; 17-cv-461; Williams et_
_al v. Microbilt Corporation et al, 19-cv-85_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gloria Turnage**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Galloway et al v. Williams, et al; 19-cv-470;_
_Williams, et al v. Big Picture Loans, LLC, et al; 17-cv-461; Williams et_
_al v. Microbilt Corporation et al, 19-cv-85_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,338.12 |
|---|---|---|---|

**Greenberg Traurig LLP**
**1200 17th St. Suite 2400**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Legal Fees_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Dowd**
**2014 Calle Las Violetas**
**San Juan, PR 00915**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _Litigation indemnified defendant._

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Eventide Credit Acquisitions, LLC**
_____
Name

Case number (if known) **20-40349-11**

| | |
|---|---|
| 3.35 | |

**Nonpriority creditor's name and mailing address**
**Jeremy Davis**
**403 Hilltop Ct**
**Trophy Club, TX 76262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Litigation indemnified defendant.

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.36 | |

**Nonpriority creditor's name and mailing address**
**Jerry Avent**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.37 | |

**Nonpriority creditor's name and mailing address**
**John Actis, II**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Galloway et al v. Williams, et al; 19-cv-470

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.38 | |

**Nonpriority creditor's name and mailing address**
**Justin Martorello**
**2019 Westbourne Park Dr.**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Litigation indemnified defendant.

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.39 | |

**Nonpriority creditor's name and mailing address**
**Kairos Holdings, LLC**
**Bermuda House, Tutakimoa Road**
**P O Box 822**
**Rarotonga, Cook Islands**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Litigation indemnified defendant.

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.40 | |

**Nonpriority creditor's name and mailing address**
**Keisha Hamm**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Williams, et al; 19-cv-470

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kevin Minor
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kimberly Pool
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Galloway et al v. Williams, et al; 19-cv-470</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lac Vieux Desert Band Lake Superior
Attn Karrie S. Wichtman, General Counsel
N4698 US 45
P.O. Box 249
Watersmeet, MI 49969

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>AAA Counterclaim</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lamesha Kondo
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Galloway et al v. Williams, et al; 19-cv-470</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Latanya Tarleton
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Williams, et al; 19-cv-470</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Linda Madison
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470</u>

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Liont LLC**
**1920 McKinney Ave**
**7th Floor**
**Dallas, TX 75201**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation indemnified defendant.**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,424.46 |
|---|---|---|---|

**Liont LLC**
**1920 McKinney Ave**
**7th Floor**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal expenses paid on behalf of Debtor.**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa Martinez**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lonnie David**
**403 Hilltop Ct.**
**Roanoke, TX 76262**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Indemnity under Agency Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori Fitzgerald**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lucinda Gray**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lulu Williams**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Galloway et al v. Williams, et al; 19-cv-470;**
**Williams, et al v. Big Picture Loans, LLC, et al; 17-cv-461; Williams et**
**al v. Microbilt Corporation et al, 19-cv-85**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcella Singh**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Galloway et al v. Williams, et al; 19-cv-470**
**(as Administrator of the Estate of Felix Gillison, Jr.;**
**Williams, et al v. Big Picture Loans, LLC, et al; 17-cv-461**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matt Martorello**
**3805 Greenbriar Dr**
**Dallas, TX 75225**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation indemnified defendant.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Microbilt Corporation**
**c/o Corp Serv.Co., Registered Agent**
**40 Technology Park South Suite 300**
**Norcross, GA 30092**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Williams et al. v. Microbilt et al. (Defendant)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Pax ADR, LLC**
**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Mediation Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Philip Burgess**
**1640 Airport Road NW Suite 115**
**Kennesaw, GA 30144**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Williams et al. v. Microbilt et al. (Defendant)**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Eventide Credit Acquisitions, LLC**
      Name

Case number (if known) **20-40349-11**

---

**3.59** Nonpriority creditor's name and mailing address

Rebecca Martorello
3805 Greenbriar Dr
Dallas, TX 75225

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation indemnified defendant.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Regina Nolte
3210 Eddy Court
Indianapolis, IN 46214

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Galloway et al v. Big Picture Loans, LLC. Litigation.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Renee Galloway
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

Richard L. Smith, Jr.
42180 NW Wilkes St.
Banks, OR 97106

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Smith v. Martorello, et al. Litigation. Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Rose Marie Buchert
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Sandra Monsalve
c/o Consumer Litigation Assoc
Attn Leonard Bennett
763 J Clyde Morris Blvd Suite 1A
Newport News, VA 23601

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sharon Paavo**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Simon Liang**
**119 Gascony Dr.**
**Greenville, SC 29609**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation indemnified defendant.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sonji Grandy**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Tammy Wangeline**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Teresa Titus**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Galloway et al v. Martorello et al; 19-cv-314 Litigation; Galloway et al v. Big Picture Loans, LLC, et al; 18-cv-406 Litigation; Galloway et al v. Williams, et al; 19-cv-470**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Terrance Arenberg**
**1120 W Pershing Rd**
**Chicago, IL 60609**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Galloway et al. v. Martorello et al. Defendant.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

---

**3.71**

Nonpriority creditor's name and mailing address

**Tesha Pettiford**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72**

Nonpriority creditor's name and mailing address

**Timothy Arenberg**
**222 Middaugh Road**
**Clarendon Hills, IL 60514**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Galloway et al. v. Martorello et al. Defendant.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.73**

Nonpriority creditor's name and mailing address

**Tribal Economic Development Holdings**
**E23970 Pow Wow Trail**
**P O Box 692**
**Watersmeet, MI 49969**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*  **$4,574,304.56**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **5/6/2019 Advanced Note Payments. Debtor contends**
**that the advanced note payments have been fully offset due to**
**miscalculations in waterfall.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74**

Nonpriority creditor's name and mailing address

**Tribal Economic Development Holdings**
**E23970 Pow Wow Trail**
**P O Box 692**
**Watersmeet, MI 49969**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **AAA Counterclaim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75**

Nonpriority creditor's name and mailing address

**Victoria Renee McKoy**
**c/o Consumer Litigation Assoc**
**Attn Leonard Bennett**
**763 J Clyde Morris Blvd Suite 1A**
**Newport News, VA 23601**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:  **Galloway et al v. Williams, et al; 19-cv-470**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Armstrong Teasdale**<br>**2005 Market Street 29th Floor**<br>**One Commerce Square**<br>**Philadelphia, PA 19103** | Line  **3.30**<br>☐ Not listed. Explain _____ | _ |

---

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Armstrong Teasdale**<br>**2005 Market Street 29th Floor**<br>**One Commerce Square**<br>**Philadelphia, PA 19103** | Line __3.38__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Armstrong Teasdale**<br>**2005 Market Street 29th Floor**<br>**One Commerce Square**<br>**Philadelphia, PA 19103** | Line __3.59__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Armstrong Teasdale**<br>**2005 Market Street 29th Floor**<br>**One Commerce Square**<br>**Philadelphia, PA 19103** | Line __3.47__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bellew LLC**<br>**2961 Centerville Road Suite 302**<br>**Wilmington, DE 19808** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Bellew LLC**<br>**2961 Centerville Road Suite 302**<br>**Wilmington, DE 19808** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Consumer Litigation Assoc**<br>**Attn Leonard Bennett**<br>**763 J Clyde Morris Blvd Suite 1A**<br>**Newport News, VA 23601** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Consumer Litigation Assoc**<br>**Attn Leonard Bennett**<br>**763 J Clyde Morris Blvd Suite 1A**<br>**Newport News, VA 23601** | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Dana Duggan**<br>**c/o Caddell & Chapman**<br>**628 East 9th St**<br>**Houston, TX 77007** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Dana Duggan**<br>**c/o Bailey & Glasser LLP**<br>**99 High St Suite 304**<br>**Boston, MA 02110** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Doresey & Whitney LLP**<br>**50 S Sixth St Suite 1500**<br>**Minneapolis, MN 55402** | Line __3.34__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Dunlap Bennett & Ludwig (Richmond)**<br>**8003 Franklin Farms Dr Suite 220**<br>**Richmond, VA 23229** | Line __3.34__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Eckert Seamans Cherin & Mellott LLC**<br>**919 East Main St Suite 1300**<br>**Richmond, VA 23219** | Line __3.19__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Eckert Seamans Cherin & Mellott LLC**<br>**919 East Main St Suite 1300**<br>**Richmond, VA 23219** | Line __3.70__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Eckert Seamans Cherin & Mellott LLC**<br>**919 East Main St Suite 1300**<br>**Richmond, VA 23219** | Line __3.72__<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Eckert Seamans Cherin & Mellott LLC**<br>**919 East Main St Suite 1300**<br>**Richmond, VA 23219** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Eckert Seamans Cherin & Mellott LLC**<br>**919 East Main St Suite 1300**<br>**Richmond, VA 23219** | Line __3.24__<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Harman Clayton Corrigan & Wellman**<br>**P O Box 70280**<br>**Henrico, VA 23255** | Line __3.56__<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Hinshaw & Culbertson LLP**<br>**100 Park Avenue**<br>**P O Box 1389**<br>**Rockford, IL 61105** | Line __3.19__<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Hinshaw & Culbertson LLP**<br>**100 Park Avenue**<br>**P O Box 1389**<br>**Rockford, IL 61105** | Line __3.70__<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Hinshaw & Culbertson LLP**<br>**100 Park Avenue**<br>**P O Box 1389**<br>**Rockford, IL 61105** | Line __3.72__<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Hinshaw & Culbertson LLP**<br>**100 Park Avenue**<br>**P O Box 1389**<br>**Rockford, IL 61105** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Hinshaw & Culbertson LLP**<br>**100 Park Avenue**<br>**P O Box 1389**<br>**Rockford, IL 61105** | Line __3.24__<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Hirschler Fleischer PC**<br>**2100 E Cary Street**<br>**Richmond, VA 23223** | Line __3.19__<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Hirschler Fleischer PC**<br>**2100 E Cary Street**<br>**Richmond, VA 23223** | Line __3.70__<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Hirschler Fleischer PC**<br>**2100 E Cary Street**<br>**Richmond, VA 23223** | Line __3.72__<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Hirschler Fleischer PC**<br>**2100 E Cary Street**<br>**Richmond, VA 23223** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Eventide Credit Acquisitions, LLC** | | Case number (if known) | **20-40349-11** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.28 | **Hirschler Fleischer PC**<br>**2100 E Cary Street**<br>**Richmond, VA 23223** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Hughes Hubbard & Reed LLP**<br>**1775 I Street NW Suite 600**<br>**Washington, DC 20006** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Hughes Hubbard & Reed LLP**<br>**1775 I Street NW Suite 600**<br>**Washington, DC 20006** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Hughes Hubbard & Reed LLP**<br>**1775 I Street NW Suite 600**<br>**Washington, DC 20006** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Lulu Williams, et al**<br>**c/o Kelly Guzzo PLC**<br>**3925 Chain Bridge Road, Suite 202**<br>**Fairfax, VA 22030** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Lulu Williams, et al**<br>**c/o Gupta Wessler PLLC**<br>**1900 L St NW Suite 312**<br>**Washington, DC 20036** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Lulu Williams, et al**<br>**c/o Berger & Montague PC**<br>**43 SE Main St Suite 505**<br>**Minneapolis, MN 55414** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Lulu Williams, et al**<br>**c/o Terrell Marshall Law Group PLLC**<br>**936 North 34th St. Suite 300**<br>**Seattle, WA 98103-6689** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Regina Nolte**<br>**c/o Consumer Litigation Assoc**<br>**Attn Leonard Bennett**<br>**763 J Clyde Morris Blvd Suite 1A**<br>**Newport News, VA 23601** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Renee Galloway, et al**<br>**c/o Kelly Guzzo PLC**<br>**3925 Chain Bridge Road, Suite 202**<br>**Fairfax, VA 22030** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Renee Galloway, et al**<br>**c/o Stoll Stoll Berne Lokting & Schlacht**<br>**209 SW Oak St 5th Fl**<br>**Portland, OR 97204** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Renee Galloway, et al**<br>**c/o Berger & Montague PC**<br>**43 SE Main St Suite 505**<br>**Minneapolis, MN 55414** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.40 | **Renee Galloway, et al**<br>**c/o Terrell Marshall Law Group PLLC**<br>**936 North 34th St. Suite 300**<br>**Seattle, WA 98103-6689** | Line  **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Richard L. Smith, Jr.**<br>**c/o Caddell  & Chapman**<br>**628 East 9th Street**<br>**Houston, TX 77007** | Line  **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Richard L. Smith, Jr.**<br>**c/o Bailey & Glasser LLP**<br>**99 High St. Suite 304**<br>**Boston, MA 02110** | Line  **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Rosette LLP**<br>**44 Grandville Ave SW Suite 300**<br>**Grand Rapids, MI 49503** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Rosette LLP**<br>**44 Grandville Ave SW**<br>**Suite 300**<br>**Grand Rapids, MI 49503** | Line  **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Ruyak Cherian LLP**<br>**1700 K St. NW**<br>**Suite 810**<br>**Washington, DC 20006** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 | **RuyakCherian LLP**<br>**1700 K St. NW**<br>**Suite 810**<br>**Washington, DC 20006** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Sherman Silverstein Kohl Rose**<br>**& Podolsky P A**<br>**East Gate Corp Center**<br>**308 Harper Dr Suite 200**<br>**Moorestown, NJ 08057** | Line  **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line  **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line  **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line  **3.55**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.52 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.53 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.54 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.55 | **Spotts Fain PC**<br>**411 E Franklin St Suite 600**<br>**Richmond, VA 23219** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.56 | **The Office of the Tribal Chairman**<br>**Lac Vieux Desert Band of Lake Superior**<br>**Chippewa Indians**<br>**P O Box 249, Pow Wow Trail**<br>**Watersmeet, MI 49969** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.57 | **The Office of the Tribal Chairman**<br>**Lac Vieux Desert Band of Lake Superior**<br>**Chippewa Indians**<br>**P O Box 249, Pow Wow Trail**<br>**Watersmeet, MI 49969** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.58 | **Tribal Economic Development Holdings**<br>**Attn Karrie S Wichtman, General Counsel**<br>**N4698 US 45**<br>**P O Box 249**<br>**Watersmeet, MI 49969** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.59 | **Tribal Economic Development Holdings**<br>**Attn Karrie S Wichtman, General Counsel**<br>**N4698 US 45**<br>**P O Box 249**<br>**Watersmeet, MI 49969** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.60 | **Troutman Sanders LLP**<br>**Troutman Sanders Bldg**<br>**1001 Haxall Point**<br>**P O Box 112**<br>**Richmond, VA 23219** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.61 | **Troutman Sanders LLP**<br>**Troutman Sanders Bldg**<br>**1001 Haxall Point**<br>**P O Box 112**<br>**Richmond, VA 23219** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.62 | **Woods Rogers PLC (Richmond)**<br>**Riverfront Plaza, West Tower**<br>**901 East Byrd St, Suite 1550**<br>**Richmond, VA 23219** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Eventide Credit Acquisitions, LLC** | Case number (if known) | **20-40349-11** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.63 | **Woods Rogers PLC (Richmond)**<br>**Riverfront Plaza, West Tower**<br>**901 East Byrd St, Suite 1550**<br>**Richmond, VA 23219** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,643,567.14 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,643,567.14 |

Fill in this information to identify the case:

Debtor name  **Eventide Credit Acquisitions, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **20-40349-11**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Agency Agreement dated 2/26/2016**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amlaur Resources**<br>**c/o VCorp Services LLC, Registered Agent**<br>**1013 Centre Road Suite 403B**<br>**Wilmington, DE 19805** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Agency Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Big Picture Loans, LLC**<br>**E23970 Pow Wow Trail**<br>**P O Box 704**<br>**Watersmeet, MI 49969** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Agency Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Capstone Opportunities LLC**<br>**Bermuda House, Tutakimoa Road**<br>**P O Box 822**<br>**Rarotonga, Cook Islands** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Agency Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Columbia Pipe & Supply Co.**<br>**c/o Micahel Moore, Registered Agent**<br>**1120 West Pershing Rd**<br>**Chicago, IL 60609** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Eventide Credit Acquisitions, LLC** | | Case number *(if known)* | **20-40349-11** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DMATrinity Wealth Transfer Trust (Deborah M. Arenberg Living Trust) 1018 Salim Place Lemont, IL 60439** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DTA Trinity Wealth Transfer Trust 1309 S Bell Road Homer Glen, IL 60491** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lonnie Davis 403 Hilltop Ct. Roanoke, TX 76262** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Escrow Agreement dated 1/22/2016, NCC Group Escrow Associates, LLC, as Escrow Agent** | |
|---|---|---|---|
| | State the term remaining | | **NCC Group Escrow Associates LLC 123 Mission Street, Suite 1020 San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Terrance Arenberg 1120 W Pershing Rd Chicago, IL 60609** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Timothy Arenberg 222 Middaugh Road Clarendon Hills, IL 60514** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Eventide Credit Acquisitions, LLC** | | Case number (*if known*) | **20-40349-11** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract _____

2.11. State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Escrow Agreement No. 64228 dated 1/22/2016**

**Tribal Economic Development Holdings (Tribal Economic Development LLC)**
**E23970 Pow Wow Trail**
**P O Box 692**
**Watersmeet, MI 49969**

**Fill in this information to identify the case:**

Debtor name __**Eventide Credit Acquisitions, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**20-40349-11**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ <br> Street _____ <br> City ___ State ___ Zip Code ___ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ <br> Street _____ <br> City ___ State ___ Zip Code ___ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ <br> Street _____ <br> City ___ State ___ Zip Code ___ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ <br> Street _____ <br> City ___ State ___ Zip Code ___ | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **Eventide Credit Acquisitions, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **20-40349-11**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 20, 2020**     X _____
Signature of individual signing on behalf of debtor

**Drew McManigle**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com