**LOEB & LOEB LLP**
Bernard R. Given II
State Bar No. 07990180
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
Tel: 310-282-2000
Fax: 310-282-2200
Email: bgiven@loeb.com

*Counsel to the Debtor*
*and Debtor-in-Possession*

**FORSHEY & PROSTOK, LLP**
Jeff P. Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
777 Main Street, Suite 1290
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
Email: llankford@forsheyprostok.com

*Counsel to the Debtor*
*and Debtor-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | § | Case No. 20-40349-elm11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**DEBTOR'S RESPONSE TO CONSUMER BORROWERS'
NOTICE OF ORDER TO SUPPLEMENT AND COMPLETE
RECORD RELATED TO MOTION TO DISMISS**

TO THE HONORABLE EDWARD L. MORRIS,
UNITED STATES BANKRUPTCY JUDGE:

Eventide Credit Acquisitions, LLC (the "Debtor"), the debtor and debtor-in-possession in this chapter 11 case, files this Response to the *Consumer Borrowers' Notice of Order to Supplement and Complete Record Related to Motion to Dismiss* [Dkt. No. 277] (the "Consumer Borrowers' Supplementation"), filed on June 5, 2020, by Lula Williams, John Actis II, Rose Marie Buchert, Dowin Coffy, Dominique De La Bay, Dana Duggan, Lori Fitzgerald, Renee Galloway, Derek Geter, Sonji Grandy, Lucinda Gray, Anthony Green, Keisha Hamm, George Hengle, Chris Kobin, Lamesha Kondo, Desiree Wright Lovins, Linda Madison, Lisa Martinez,

Victoria Renee McKoy, Andrea Mendez, Kevin Stanley Minor, Regina Nolte, Sharon Paavo, Tasha Pettiford, Kimberly Pool, Burry Pough, Andrea Scarborough, Anastasia Sherman, Marcella Singh, Carrie Samantha Smith, Richard L. Smith Jr., Teresa Titus, and Latanya Tarleton (collectively, the "Consumer Borrowers"). In support of this Response, the Debtor would respectfully show the Court as follows:

1.     With the Consumer Borrowers' Supplementation, the Consumer Borrowers seek to augment the evidentiary record in support of the *Consumer Borrowers' Motion for an Order Dismissing the Debtor's Chapter 11 Case or, in the Alternative, for Abstention* [Dkt. No. 123] (the "Motion to Dismiss"). The supplementation consists of a *Memorandum Order* of United States District Judge Robert E. Payne, dated June 4, 2020 (the "June 4 Order") denying a motion to reconsider Judge Payne's prior order refusing to transfer venue of three civil actions (*Williams, Galloway I,* and *Galloway II*; collectively, the "Virginia Litigation") pending in the U.S. District Court for the Eastern District of Virginia.

2.     Apparently, the only purpose of the Consumer Borrowers' Supplementation was to bring before this Court certain language in the June 4 Order which suggests that the delay in reaching a resolution in the Virginia Litigation is due to the defendants therein "seeking reconsideration of adverse rulings." *June 4 Order* at 2. From this, the Court is supposed to infer that if only the defendants would stop their dilatory stunts, the litigation could move to a quick resolution. Without a doubt, the Virginia Litigation has not proceeded expeditiously. However, as a balanced review of the record will show, the cause of the delay has far more to do with the Virginia district court's docket than with any actions by the defendants.

3.     A significant risk exists that the Consumer Borrowers' late supplementation of the record would, if left unaddressed, leave this Court with a false impression of whether the

Consumer Borrowers' claims can be resolved more quickly and efficiently in this Court or in the Virginia district court. For this reason, and in the interest of fairness, the Debtor asks for the opportunity to provide supplementary materials herewith for the Court's consideration in response to the Consumer Borrowers' Supplementation.

4.      Attached hereto as **Exhibit A** is a current list of open matters in the Virginia Litigation as of January 28, 2020, the day the Debtor filed bankruptcy. As the list indicates, *forty-one* discrete matters remained open, fully briefed, and awaiting a decision by Judge Payne.

5.      As the Court can see, numerous preliminary matters, some of which have been pending for as long as one year, remain undecided. Judge Payne's comments in the June 5 Order should not give this Court the impression that the Virginia Litigation can be tried quickly or that the defendants' "seeking reconsideration of adverse rulings" is a significant cause of the delay in resolving the litigation. The truth is that, as often occurs in complex litigation, a backlog of unresolved items has developed, wholly unrelated to the defendants' actions in this litigation. It is disingenuous, therefore, for the Consumer Borrowers to suggest that the Debtor or other defendants are responsible for the backlog. The time for delay is over. The Debtor is ready to resolve the objection to claims in this bankruptcy. This Court has availability in late July to hear the objections. The Chapter 11 claim process is designed to resolve multiple claims quickly and fairly. This Court is the most efficient venue for resolution which is in the best interest of all creditors and parties in interest.

WHEREFORE, the Debtor prays that the Court issue an Order denying the Motion to Dismiss in its entirety and granting the Debtor such other and further relief to which it may be justly entitled.

DATED: June 8, 2020                          Respectfully submitted,

                                             */s/ Jeff P. Prostok*
                                             Jeff P. Prostok
                                             State Bar No. 16352500
                                             Lynda Lankford
                                             State Bar No. 11935020
                                             **FORSHEY & PROSTOK LLP**
                                             777 Main St., Suite 1290
                                             Fort Worth, TX 76102
                                             Telephone: (817) 877-8855
                                             Facsimile: (817) 877-4151
                                             Email: jprostok@forsheyprostok.com
                                             Email: llankford@forsheyprostok.com

                                             and

                                             **LOEB & LOEB LLP**
                                             Bernard R. Given II
                                             State Bar No. 07990180
                                             10100 Santa Monica Blvd., Suite 2200
                                             Los Angeles, CA 90067-4120
                                             Tel: 310-282-2000
                                             Fax: 310-282-2200
                                             Email: bgiven@loeb.com

                                             **COUNSEL FOR THE DEBTOR AND
                                             DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties receiving electronic notice via the Court's CM/ECF system and via email to the parties listed below on June 8, 2020.

| | |
|---|---|
| Toby L. Gerger<br>Scott P. Drake<br>Nick Hendrix<br>Steve Peirce<br>NORTON ROSE FULBRIGHT US LLP<br>Toby.gerber@nortonrosefulbright.com<br>Scott.drake@nortonrosefulbright.com<br>Nick.hendrix@nortonrosefulbright.com<br>Steve.peirce@nortonrosefulbright.com<br><br>Justin Gray<br>Anna M. Bruty<br>ROSETTE, LLP<br>jgray@rosettelaw.com<br>abruty@rosettelaw.com<br><br>**Attorneys for Big Picture Loans, Ascension Technologies, LLC and Tribal Economic Development Holdings, LLC** | Patrick J. Neligan, Jr.<br>James P. Muenker<br>NELIGAN LLP<br>pneligan@neliganlaw.com<br>jmuenker@neliganlaw.com<br><br>John G. Albanese<br>BERGER MONTAGUE PC<br>jalbanese@bm.net<br><br>Andrew J. Guzzo<br>KELLY GUZZO, PLC<br>aguzzo@kellyguzzo.com<br><br>Michael Allen Caddell<br>CADDELL CHAPMAN<br>mac@caddellchapman.com<br><br>**Attorneys for Consumer Borrower Defendants** |
| Gary H. Leibowitz<br>Michael D. Warner<br>Benjamin L. Wallen<br>COLE SCHOTZ PC<br>gleibowitz@coleschotz.com<br>mwarner@coleschotz.com<br>bwallen@coleschotz.com<br><br>**Counsel to the Official Committee of Unsecured Creditors** | Robin Phelan<br>PHELANLAW<br>4214 Woodfin Drive<br>robin@phelanlaw.org<br><br>**Attorney for Matt Martorello** |
| Elizabeth Z. Young<br>United States Trustee<br>Elizabeth.a.young@usdoj.gov | |

/s/ Jeff P. Prostok
Jeff P. Prostok

L:\JPROSTOK\Eventide Credit Acquisitions, LLC (C11) #6075\Pleadings 20-40349-elm11\Response to New Evidence 6.8.20.docx

# Exhibit A

# Williams

| Motion ECF No. | Motion | Fully Briefed |
|---|---|---|
| 189 | MOTION to Certify Class against Defendant Matt Martorello by Dowin Coffy, Felix Gillison, Jr, George Hengle, Gloria Turnage, Lula Williams. (Kelly, Kristi) (Entered: 09/14/2018) | Yes |
| 475 | MOTION for Leave to File Supplemental Authority in support of crime-fraud and class certification by Dowin Coffy, George Hengle, Marcella P. Singh, Gloria Turnage, Lula Williams. (Attachments: # 1 Exhibit 1 - Gingras Opinion, # 2 Proposed Order)(Kelly, Kristi) (Entered: 04/24/2019) | Yes |
| 486 | MOTION for Reconsideration re 479 Order on Motion to Compel Granting in Part Plaintiffs' Motion to Compel Information Withheld on the Basis of Attorney-Client Privilege and Request for Oral Argument. (Erbach, John) (Entered: 05/16/2019) | Yes |
| 488 | MOTION for Sanctions for Failure to Comply with Court Order Dated May 3, 2019 by Dowin Coffy, George Hengle, Marcella P. Singh, Gloria Turnage, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard) (Entered: 05/16/2019) | Yes |
| 499 | MOTION Certification of Interlocutory Appeal under 28 U.S.C. Sec. 1292(b) re 479 Order on Motion to Compel Granting in Part Plaintiffs' Motion to Compel Information Withheld on the Basis of Attorney-Client Privilege by Matt Martorello. (Attachments: # 1 Proposed Order)(Erbach, John) (Entered: 05/21/2019) | Yes |

| Motion ECF No. | Motion | Fully Briefed |
|---|---|---|
| 500 | MOTION to Stay re 479 Order on Motion to Compel Information Withheld on the Basis of Attorney-Client Privilege, 478 Memorandum Opinion (Stay Pending Interlocutory Appeal and/or Decision on a Petition for Writ of Mandamus) by Matt Martorello. (Attachments: # 1 Proposed Order) (Erbach, John) (Entered: 05/21/2019) | Yes |
| 528 | MOTION for Reconsideration re 515 Order, 511 Order, Partial Reconsideration of Memorandum Order (ECF No. 515) and Clarification or Modification of Memorandum Order (ECF No. 515) and Order (ECF No. 511) by Matt Martorello. (Erbach, John) (Entered: 05/31/2019) | Yes |
| 536 | Memorandum Martorello's Opening Brief Explaining Why He Is Entitled To Proceed With A Privilege Review to 515 Order, filed by Matt Martorello. (Erbach, John) (Entered: 06/07/2019) | Yes |
| 539 | MOTION for Protective Order Regarding Plaintiffs' Demand for Second Deposition of Matt Martorello Related to Alleged Spoliation Issues by Matt Martorello. (Erbach, John) (Entered: 06/07/2019) | Yes |

| Motion ECF No. | Motion | Fully Briefed |
|---|---|---|
| 542 | MOTION to Quash in part Non-Party Subpoena (Conner & Winters) or, in the Alternative, Motion for Protective Order by Matt Martorello, Eventide Credit Acquisition Company, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Erbach, John) (Entered: 06/10/2019) | Yes |
| 543 | MOTION for Protective Order in the Alternative to Motion to Quash Non-Party Subpoena (Conner & Winters) ) by Eventide Credit Acquisition Company, LLC, Matt Martorello. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Erbach, John) (Entered: 06/10/2019) | Yes |
| 549 | MOTION to Strike Declaration of John Norman in Support of Motion for Reconsideration by Dowin Coffy, George Hengle, Marcella P. Singh, Gloria Turnage, Lula Williams. (Bennett, Leonard) (Entered: 06/14/2019) | Yes |
| 552 | MOTION to Compel Production of Documents and Information Withheld on the Basis of Attorney-Client Privilege by Dowin Coffy, George Hengle, Marcella P. Singh, Gloria Turnage, Lula Williams. (Guzzo, Andrew) (Entered: 06/14/2019) | Yes |
| 556 | Motion to Compel Documents Withheld by Rosette, LLP | Yes |

| Motion ECF No. | Motion | Fully Briefed |
|---|---|---|
| 564 | MOTION for Leave to File Reply to Plaintiffs' Response to Court's Order Dated June 6, 2019 by Matt Martorello. (Erbach, John) (Entered: 06/21/2019) | Yes |
| 571 | Cross MOTION to Compel Against Non-Party Conner & Winters, LLP by Dowin Coffy, Marcella P. Singh, Gloria Turnage, Lula Williams. (Attachments: # 1 Proposed Order)(Guzzo, Andrew) (Entered: 06/24/2019) | Yes |
| 622 | MOTION for Leave to File Supplemental Authority in support of crime-fraud and class certification by Dowin Coffy, George Hengle, Marcella P. Singh, Gloria Turnage, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) (Entered: 09/10/2019) | Yes |

# Galloway I

| Motion ECF No. | Motion | Fully Briefed? |
|---|---|---|
| 209 | Memorandum Defendant Matt Martorello's Memorandum Related to ECF No. 197 Regarding Sealed Exhibits to 197 Order,  filed by Matt Martorello. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Erbach, John) (Entered: 04/15/2019) | Yes |
| 248 | Response to 201 Order, Martorello's Statement Regarding Sealed Exhibits in Response to April 3, 2019 Order filed by Matt Martorello. (Erbach, John) (Entered: 05/31/2019) | Yes |
| 287 | Plaintiffs' Motion to Seal re ECF 286 | Yes |

# Galloway II

| Motion ECF No. | Motion | Fully Briefed? |
|---|---|---|
| 65 | MOTION to Dismiss by Bluetech Irrevocable Trust, Breakwater Holdings, LLC. (Solander, Elizabeth) (Entered: 06/28/2019) | Yes |
| 67 | MOTION to Dismiss by Kairos Holdings LLC. (Solander, Elizabeth) (Entered: 06/28/2019) | Yes |
| 91 | MOTION to Dismiss for Lack of Jurisdiction under Rule 12(b)(2) by Justin Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 92 | MOTION to Dismiss for Failure to State a Claim under Rule 12(b)(6) by Justin Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 93 | MOTION to Dismiss for Failure to Join an Indispensable Party under Rule 12(b)(7) by Justin Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 96 | MOTION to Dismiss for Lack of Jurisdiction under Rule 12(b)(2) by Eventide Credit Acquisitions, LLC, Gallant Capital LLC, Liont LLC. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 97 | MOTION to Dismiss for Failure to State a Claim under Rule 12(b)(6) by Eventide Credit Acquisitions, LLC, Gallant Capital LLC, Liont LLC. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 98 | MOTION to Dismiss for Failure to Join an Indispensable Party under Rule 12(b)(7) by Eventide Credit Acquisitions, LLC, Gallant Capital LLC, Liont LLC. (Erbach, John) (Entered: 07/22/2019) | Yes |

| Motion ECF No. | Motion | Fully Briefed? |
|---|---|---|
| 101 | MOTION to Dismiss for Failure to State a Claim under Rule 12(b)(6) by Rebecca Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 102 | MOTION to Dismiss for Failure to Join an Indispensable Party under Rule 12(b)(7) by Rebecca Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 103 | MOTION to Dismiss for Lack of Jurisdiction under Rule 12(b)(2) by Rebecca Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 105 | MOTION for Sanctions by Rebecca Martorello. (Erbach, John) (Entered: 07/22/2019) | Yes |
| 132 | MOTION to Dismiss for Lack of Jurisdiction under Rule 12(b)(2) by Jeremy Davis. (Erbach, John) (Entered: 08/06/2019) | Yes |
| 133 | MOTION to Dismiss for Failure to State a Claim under Rule 12(b)(6) by Jeremy Davis. (Erbach, John) (Entered: 08/06/2019) | Yes |
| 134 | MOTION to Dismiss for Failure to Join an Indispensable Party under Rule 12(b)(7) by Jeremy Davis. (Erbach, John) (Entered: 08/06/2019) | Yes |
| 188 | Request for Hearing Re: Motions to Dismiss - Rebecca, Justin, Eventide, Liont, Gallant (Erbach, John) (Entered: 08/28/2019) | Yes |
| 189 | Request for Hearing Re: Motions to Dismiss - Jeremy Davis (Erbach, John) (Entered: 08/28/2019) | Yes |

| Motion ECF No. | Motion | Fully Briefed? |
|---|---|---|
| 264 | MOTION for Protective Order Staying Discovery by Jeremy Davis, Eventide Credit Acquisitions, LLC, Gallant Capital LLC, Liont LLC, Justin Martorello, Rebecca Martorello. (Attachments: # 1 Proposed Order)(Erbach, John) (Entered: 10/14/2019) | Yes |
| 281 | MOTION for Joinder IN DEFENDANTS JEREMY DAVIS, JUSTIN MARTORELLO, REBECCA MARTORELLO, EVENTIDE CREDIT ACQUISITIONS, LLC, GALLANT CAPITAL LLC, AND LIONT, LLCS MOTION FOR PROTECTIVE ORDER by Bluetech Irrevocable Trust, Breakwater Holdings, LLC, Kairos Holdings LLC. | Yes |

# Misc. Actions

| Misc. Case No. | Court | Motion | Fully Briefed |
|---|---|---|---|
| 19-mc-00009 | ED Va | Jennifer Galloway Motion to Quash (transferred 2/25/2019; SOP filed 8/23/2019) | Yes<br>[Note: If it becomes effective, Tribe's waiver of ACP objection in Settlement Agreement will moot a portion of Galloway's motion. ] |
| 19-mc-00015 | ED Va | Jennifer Weddle Motion to Quash, in part, Plaintiffs' subpoena (transferred 4/16/2019; SOP filed 8/23/2019) | Yes |

# DI 651-1 List of Motions
# re Joint Supplemental Notice

| Misc. Case No. | Court | Motion | Fully Briefed? |
|---|---|---|---|
| 19-mc-00009 | ED Va | Jennifer Galloway Motion to Quash (transferred 2/25/2019; SOP filed 8/23/2019) | Yes<br>[Note: If it becomes effective, Tribe's waiver of ACP objection in Settlement Agreement will moot a portion of Galloway's motion. ] |
| 19-mc-00014 | ED Va | Motion to Compel Against Microbilt (transferred on 3/21/2019) | Yes |
| 19-mc-00015 | ED Va | Jennifer Weddle Motion to Quash, in part, Plaintiffs' subpoena (transferred 4/16/2019; SOP filed 8/23/2019) | Yes |
| 19-mc-00018 | ED Va | Tolleson Bank Motion to Quash (transferred 7/29/2019( | Yes |
| 19-mc-00019 | ED Va | John Wililams Motion to Compel/Motion to Quash (transferred 7/30/2019) | Yes<br>[Note: If it becomes effective, Tribe's waiver of ACP objection in Settlement Agreement will moot a portion of William's motion. ] |