**LOEB & LOEB LLP**
Bernard R. Given II
State Bar No. 07990180
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067-4120
Tel: 310-282-2000
Fax: 310-282-2200
Email:   bgiven@loeb.com

*Counsel to the Debtor*
*and Debtor-in-Possession*

**FORSHEY & PROSTOK, LLP**
Jeff Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
777 Main Street, Suite 1290
Fort Worth, TX 76012
Tel:  817-877-8855
Fax: 817-877-4151
Email:   jprostok@forsheyprostok.com
         llankford@forsheyprostok.com

*Counsel to the Debtor*
*and Debtor-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re:<br><br>EVENTIDE CREDIT ACQUISITIONS, LLC,<br><br>Debtor. | § § § § § § § § § | Chapter 11<br><br>Case No. 20-40349-elm11 |
| EVENTIDE CREDIT ACQUISITIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BIG PICTURE LOANS, LLC, ASCENSION TECHNOLOGIES, LLC, and TRIBAL ECONOMIC DEVELOPMENT HOLDINGS, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § | Adv. Proc. No. 20-04030-elm<br><br><br><br><br><br><br><br>**HEARING DATE:**<br>**June 11, 2020 at 9:30 a.m.** |

### DEBTOR'S WITNESS AND EXHIBIT LIST IN CONNECTION
### WITH HEARINGS SET FOR JUNE 11, 2020

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Eventide Credit Acquisitions, LLC (the "Plaintiff" or "Debtor") files this Witness and Exhibit List in connection with the hearings scheduled for **June 11, 2020 at 9:30 a.m.** on (i)

*Debtor's Application Pursuant to 11 U.S.C. § 327(e) for Order Authorizing Retention and Employment of Special Counsel, Armstrong Teasdale LLP, Nunc Pro Tunc to Petition Date* [Docket No. 120] and (ii) *Plaintiff's Motion for a Preliminary Injunction* [ADV. 20-4030; Docket No. 3].

## **WITNESSES**

1. Drew McManigle, CRO and Manager
2. Matt Martorello, President
3. Justin Martorello
4. Richard L. Scheff
5. Any person in the courtroom.
6. Any witness listed or called by any other party.
7. Any witness necessary to authenticate a document.
8. Any witness necessary to rebut and/or impeach the testimony of a witness called or designated by any other party.

## **EXHIBITS**

| **No.** | **Exhibit** | **Offered** | **Admitted** | **Refused** |
|---|---|---|---|---|
| 1. | Schedules [Docket No. 75] | | | |
| 2. | Statement of Financial Affairs [Docket No. 76] | | | |
| 3. | Claims Register – *In re Eventide Credit Acquisitions, LLC,* Case No. 20-40349-elm11 | | | |
| 4. | Monthly Operating Report for April 2020 [Docket No. 159] | | | |
| 5. | Docket – *In re Eventide Credit Acquisitions, LLC*, Case No. 20-40349-elm11 | | | |
| 6. | Docket – *Eventide Credit Acquisitions, LLC v. Galloway et al.*, ADV No. 20-04008-elm | | | |

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 7. | Docket – *Eventide Credit Acquisitions, LLC v. Big Picture Loans, LLC, et al.* ADV No. 20-04014-elm | | | |
| 8. | Docket – *Eventide Credit Acquisitions, LLC v. Big Picture Loans, LLC, et al.,* ADV No. 20-04030-elm | | | |
| 9. | Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, (i) Authorizing the Debtor-in-Possession to Obtain Postpetition Financing, (ii) Granting Liens and Providing Administrative Expense Status, and (iii) Granting Related Relief [Docket No. 153] | | | |
| 10. | First Interim Application of Cole Schotz P.C., as Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from February 7, 2020 through April 30, 2020 [Docket No. 158] | | | |
| 11. | Secured Promissory Note, dated January 26, 2016 | | | |
| 12. | Loan and Security Agreement, executed on October 7, 2015 | | | |
| 13. | Parental Guarantee and Sovereign Immunity Waiver, effective as of October 7, 2015 | | | |
| 14. | Agreement and Plan of Merger, executed on September 14, 2015 | | | |
| 15. | Rosette Opinion Letter | | | |
| 16. | Email from Toby Gerber to Barney Givens dated February 25, 2020 | | | |
| 17. | Committee's Demand to Pursue Avoidance Actions dated May 11, 2020 | | | |

| **No.** | **Exhibit** | **Offered** | **Admitted** | **Refused** |
|---|---|---|---|---|
| 18. | Motion for Consolidation and Memorandum in Support in the following cases: *Lula Williams, et al., v. Big Picture Loans, LLC, et al.,* Civil Action No. 3:17cv461 (ECF No. 660, 661); *Renee Galloway, et al. v. Big Picture Loans, LLC, et al.,* Civil Action No. 3:18cv406 (ECF No. 361, 362) and *Renee Galloway, et al. v. Justin Martorello, et al.,* Civil Action No. 3:19cv314 (ECF No. 313, 314) in the U.S. District Court of the Eastern District of VA, Richmond Division | | | |
| 19. | Plaintiffs' Opposition to Defendants' Motion for Consolidation in the U.S. District Court of the Eastern District of VA, Richmond Division | | | |
| 20. | Order Denying Motion for Consolidation and Memorandum Opinion by Judge Robert E. Payne in the following cases: *Lula Williams, et al., v. Big Picture Loans, LLC, et al.,* Civil Action No. 3:17cv461 (ECF No. 711, 710); *Renee Galloway, et al. v. Big Picture Loans, LLC, et al.,* Civil Action No. 3:18cv406 (ECF No. 374, 373) and *Renee Galloway, et al. v. Justin Martorello, et al.,* Civil Action No. 3:19cv314 (ECF No. 331, 330) in the U.S. District Court of the Eastern District of VA, Richmond Division | | | |
| 21. | Summary of Pending Actions | | | |
| 22. | Eventide Credit Acquisitions, LLC Operating Agreement | | | |
| 23. | *Williams v. Big Picture Loans, LLC*, 929 F.3d 170 (4th Cir. 2019) | | | |
| 24. | Deposition of Lula Williams dated October 4, 2018 | | | |
| 25. | Deposition of Gloria Turnage dated October 4, 2018 | | | |
| 26. | Notice of Deposition of Lula Williams | | | |
| 27. | Notice of Deposition of Gloria Turnage | | | |
| 28. | Schedule of Note Payments and Distributions | | | |
| 29. | Sample Debtor's Objection to Claim No. ___ filed by [Consumer Borrower] | | | |

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 30. | Sample Objection of Matt Martorello to [Consumer Borrower's] Proof of Claim | | | |
| 31. | Proposed Scheduling Order for Claim Objections | | | |
| *Williams et al. v. Big Picture Loans, LLC et al.*, No. 3:17-cv-461 (E.D. Va.) ("Williams I") | | | | |
| 32. | Class Action Complaint [Docket No. 1] | | | |
| 33. | Matt Martorello's Answer and Affirmative Defenses to Plaintiffs' Complaint [Docket No. 35] | | | |
| *Galloway et al. v. Big Picture Loans, LLC et al.*, 3:18-cv-406 (E.D. Va.) ("Galloway I") | | | | |
| 34. | Class Action Complaint (Amended) [Docket No. 30] | | | |
| 35. | Matt Martorello's Answer and Affirmative Defenses to Plaintiffs' First Amended Class Action Complaint [Docket No. 62] | | | |
| *Smith et al. v. Martorello et al.*, 3:18-cv-01651-AC (D. Oreg.) ("Smith") | | | | |
| 36. | First Amended Class Action Allegation Complaint [Docket No. 100] | | | |
| 37. | Defendant Matt Martorello's Motion to Dismiss Plaintiff's First Amended Complaint [Docket No. 106] | | | |
| *Duggan et al. v. Martorello et al.*, No. 1:18-cv-12277-jgd (D. Mass.) ("Duggan") | | | | |
| 38. | Second Amended Class Action Complaint [Docket No. 118] | | | |
| 39. | Matt Martorello's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint [Docket No. 124] | | | |
| 40. | Memorandum in Support of Matt Martorello's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint [Docket No. 125] | | | |
| *Williams et al. v. Microbilt et al.*, No. 3:19-cv-85 (E.D. Va.) ("Williams II") | | | | |
| 41. | Complaint [Docket No. 1] | | | |
| 42. | Matt Martorello's Answer and Affirmative Defenses to Plaintiffs' Complaint [Docket No. 64] | | | |

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| | *Galloway et al. v. Martorello et al.*, 3:19-cv-00314-rep (E.D. Va.) ("**Galloway II**") | | | |
| 43. | Class Action Complaint [Docket No. 1] | | | |
| 44. | Eventide Credit Acquisitions, LLC, Gallant Capital, LLC and Liont, LLC's Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), (6) and (7) [Docket No. 99] | | | |
| 45. | Eventide Credit Acquisitions LLC's Answer and Affirmative Defenses to Plaintiffs'' Complaint [Docket No. 108] | | | |
| 46. | Gallant Capital LLC's Answer and Affirmative Defenses to Plaintiffs' Complaint [Docket No. 109] | | | |
| 47. | Liont LLC's Answer and Affirmative Defenses to Plaintiffs' Complaint [Docket No. 110] | | | |
| | *Galloway et al. v. Williams et al.*, 3:19-cv-470 (E.D. Va.) ("**Galloway III**") | | | |
| 48. | Class Action Settlement Agreement and Release [Docket No. 18] | | | |
| 49. | Memorandum in Support of Eventide Credit Acquisitions, LLC's Motion to Intervene Pursuant to Fed. R. Civ. P. 24(a) [Docket No. 43] | | | |
| 50. | Preliminary Approval Order [Docket No. 65] | | | |
| | **ADDITIONAL EXHIBITS** | | | |
| 51. | Williams & Galloway Plaintiffs' Motion to Withdraw their Motion to Transfer of Actions to the Eastern District of Virginia and for Consolidation Pursuant to 28 U.S.C. § 1407 | | | |
| 52. | Order Denying Plaintiffs' Motion for Leave to File an Amended Complaint | | | |
| 53. | Appointment of the Official Unsecured Creditors' Committee [Docket No. 14] | | | |

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| 54. | Debtor's Application Pursuant to 11 U.S.C. § 327(e) for Order Authorizing Retention and Employment of Special Counsel, Armstrong Teasdale LLP, Nunc Pro Tunc to Petition Date including Declaration of Richard L. Scheff and Disclosure Under Bankruptcy Rule 2014 [Docket No. 120] | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

The Debtor reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party.

DATED: June 8, 2020.

Respectfully submitted,

*/s/ Jeff P. Prostok*
Jeff P. Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
**FORSHEY & PROSTOK LLP**
777 Main St., Suite 1290
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
jprostok@forsheyprostok.com
llankford@forsheyprostok.com

**COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

and

**LOEB & LOEB LLP**
Bernard R. Given II
State Bar No. 07990180
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
Tel: 310-282-2000
Fax: 310-282-2200

Email: bgiven@loeb.com

**COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties receiving electronic notice via the Court's CM/ECF system and via email to the parties listed below on June 8, 2020 including all exhibits.

| | |
|---|---|
| Toby L. Gerger<br>Scott P. Drake<br>Nick Hendrix<br>Steve Peirce<br>NORTON ROSE FULBRIGHT US LLP<br>Toby.gerber@nortonrosefulbright.com<br>Scott.drake@nortonrosefulbright.com<br>Nick.hendrix@nortonrosefulbright.com<br>Steve.peirce@nortonrosefulbright.com | Gary H. Leibowitz<br>Michael D. Warner<br>Benjamin L. Wallen<br>COLE SCHOTZ PC<br>gleibowitz@coleschotz.com<br>mwarner@coleschotz.com<br>bwallen@coleschotz.com<br><br>Counsel to the Official Committee of Unsecured Creditors |

-and-

Justin Gray
Anna M. Bruty
ROSETTE, LLP
jgray@rosettelaw.com
abruty@rosettelaw.com

Attorneys for Big Picture Loans, Ascension Technologies, LLC and Tribal Economic Development Holdings, LLC

/s/ Jeff P. Prostok
Jeff P. Prostok

L:\JPROSTOK\Eventide Credit Acquisitions, LLC (C11) #6075\20-04030 (Eventide v Big Picture)\W&E List - June 11, 2020.docx