

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 18, 2020**

_____
**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC | § | CASE NO. 20-40349 |
| | § | |
| Debtor. | § | |

**ORDER DENYING DEBTOR'S MOTION FOR ENTRY OF INTERIM AND
FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 362, 363, 364, AND 507,
BANKRUPTCY RULES 2002, 4001, 6004, AND 9014, (I) AUTHORIZING THE
DEBTOR-IN-POSSESSION TO OBTAIN POSTPETITION FINANCING,
(II) GRANTING LIENS AND PROVIDING ADMINISTRATIVE EXPENSE
STATUS, AND (III) GRANTING RELATED RELIEF**

On June 9, 2020 (the "Hearing"), the Court announced its decision with respect to the *Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014 (I) Authorizing the Debtor in-Possession to Obtain Postpetition Financing, (II) Granting Liens and Providing Administrative Expense Status, and (III) Granting Related Relief* (the "Motion") [Docket No. 153]. Upon consideration of the Motion, any responsive pleadings, the evidence presented and the arguments

89983v1

of counsel, and the entire record before the Court, the Court is of the opinion that the Motion should be denied as moot for the reasons announced on the record at the Hearing. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is DENIED as moot.

### # # # END OF ORDER # # #

**Submitted By:**
Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
James P. Muenker
Texas State Bar No. 24002659
NELIGAN LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301
Email:   pneligan@neliganlaw.com
          jmuenker@neliganlaw.com

**COUNSEL FOR THE CONSUMER BORROWERS**