

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 18, 2020**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC | § | CASE NO. 20-40349 |
| | § | |
| Debtor. | § | |

### ORDER DISMISSING BANKRUTPCY CASE

On June 9, 2020 (the "Hearing"), the Court announced its decision with respect to the motion (the "Motion") [Docket No. 123] of the Consumer Borrowers (as that term is defined in the Motion) seeking entry of an order dismissing the above-captioned bankruptcy case for cause pursuant to 11 U.S.C. § 1112(b). Upon consideration of the Motion, any responsive pleadings, the evidence presented and the arguments of counsel, and the entire record before the Court, the Court is of the opinion that the Motion should be GRANTED for the reasons announced on the record at the Hearing. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is granted, and the above-captioned case is hereby dismissed for cause pursuant to 11 U.S.C. § 1112(b); *provided, however*, the Court shall retain jurisdiction to hear and determine the pending motion at Docket No. 285.

### # # # END OF ORDER # # #