**LOEB & LOEB LLP**
Bernard R. Given II
State Bar No. 07990180
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067-4120
Tel: 310-282-2000
Fax: 310-282-2200
Email: bgiven@loeb.com

*Counsel to the Debtor*
*and Debtor-in-Possession*

**FORSHEY & PROSTOK, LLP**
Jeff P. Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
777 Main Street, Suite 1550
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
        llankford@forsheyprostok.com

*Counsel to the Debtor*
*and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | § | Case No. 20-40349-elm11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## <u>NOTICE OF APPEAL</u>

Eventide Credit Acquisitions, LLC, debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby files this appeal, pursuant to 28 U.S.C. § 158(a), from the *Order Dismissing Bankruptcy Case* [Docket No. 288] (the "Order"), which is attached hereto as **Exhibit A** and was entered on June 18, 2020. The parties affected by this appeal of the Order are:

**Debtor / Appellant:**          **Eventide Credit Acquisitions, LLC**

                                 Represented by:

                                 LOEB & LOEB LLP
                                 Bernard R. Given II
                                 State Bar No. 07990180
                                 10100 Santa Monica Blvd., Suite 2200
                                 Los Angeles, CA 90067-4120

Tel.: 310-282-2000
Fax: 310-282-2200
Email: bgiven@loeb.com

-and-

FORSHEY & PROSTOK, LLP
Jeff P. Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
777 Main Street, Suite 1550
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
      llankford@forsheyprostok.com

**Movants / Appellees:**        **Lula Williams, John Actis II, Rose Marie Buchert, Dowin Coffy, Dominique De La Bay, Dana Duggan, Lori Fitzgerald, Renee Galloway, Derek Geter, Sonji Grandy, Lucinda Gray, Anthony Green, Keisha Hamm, George Hengle, Chris Kobin, Lamesha Kondo, Desiree Wright Lovins, Linda Madison, Lisa Martinez, Victoria Renee McKoy, Andrea Mendez, Kevin Stanley Minor, Regina Nolte, Sharon Paavo, Tasha Pettiford, Kimberly Pool, Burry Pough, Andrea Scarborough, Anastasia Sherman, Marcella Singh, Carrie Samantha Smith, Richard L. Smith Jr., Teresa Titus, and Latanya Tarleton**

Represented by:

NELIGAN LLP
Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
James P. Muenker
Texas State Bar No. 24002659
325 North St. Paul Street, Suite 3600
Dallas, Texas 75201
Tel: 214-840-5300
Fax: 214-840-5301
Email: pneligan@neliganlaw.com
      jmuenker@neliganlaw.com

**Interested Party:**                                   **Official Committee of Unsecured Creditors**

Represented by:

COLE SCHOTZ P.C.
Gary H. Leibowitz, Esq. (Admitted pro hac vice)
300 E. Lombard Street, Suite 1450
Baltimore, Maryland 21202
Tel:  410-230-0660
Fax:  410-210-0667
Email:  gleibowitz@coleschotz.com

-and-

Michael D. Warner, Esq.
State Bar No. 00792304
Benjamin L. Wallen, Esq.
State Bar No. 24102623
301 Commerce Street, suite 1700
Fort Worth, Texas 76102
Tel: 817-810-5250
Fax: 817-810-5255
Email:  mwarner@coleschotz.com
        bwallen@coleschotz.com

**Interested Party:**                                   **Matt Martorello**

Represented by:

PHELANLAW
Robin Phelan
State Bar No. 15903000
4214 Woodfin Drive
Dallas, Texas  75220
Tel:  214-704-0222
Email:  Robin@Phelanlaw.Org


Dated: June 28, 2020                          Respectfully submitted,

                                              **LOEB & LOEB LLP**
                                              _/s/ Bernard R. Given II_
                                              Bernard R. Given II
                                              State Bar No. 07990180
                                              10100 Santa Monica Blvd., Suite 2200

Los Angeles, CA 90067-4120
Tel.: 310-282-2000
Fax: 310-282-2200
Email: bgiven@loeb.com

-and-

**FORSHEY & PROSTOK, LLP**
/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
Lynda Lankford
State Bar No. 11935020
777 Main Street, Suite 1550
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: jprostok@forsheyprostok.com
         llankford@forsheyprostok.com

*Counsel to the Debtor and Debtor in
Possession*

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 28, 2020, a true and correct copy of the above and foregoing Motion was caused to be served electronically on the parties registered to receive notice through the court's ECF noticing system.  I hereby further certify that on June 28, 2020, a true and correct copy of the above and foregoing Motion was caused to be served via email on the following parties:

**U.S. TRUSTEE:**

**Erin Marie Schmidt**
United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1496
(214) 767-1075
Fax : (214) 767-8971
Email: ustpregion06.da.ecf@usdoj.gov

**Elizabeth Ziegler Young**
U.S. Trustee Office
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: elizabeth.a.young@usdoj.gov

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**:

**Gary Howard Leibowitz**
Cole Schotz P.C.
300 E. Lomard Street, Suite 1450
Baltimore, MD 21202
(410) 528-2971
Fax : (410) 528-9401
Email: gleibowitz@coleschotz.com

**Irving E. Walker**
Cole Schotz P.C.
300 East Lombard St., Ste. 1450
Baltimore, MD 21202
410-230-0660
Fax : 410-230-0667
Email: iwalker@coleschotz.com

**Michael D. Warner**
Cole Schotz P.C.
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102
(817)810-5250
Fax : (817)810-5255
Email: mwarner@coleschotz.com


**REQUEST FOR SPECIAL NOTICE**:

**Robin Phelan**
PhelanLaw
4214 Woodfin Dr.
Dallas, TX 75220
Email: robin@phelanlaw.org

**Kristi C. Kelly**
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Fax: (703) 591-0167
Email: kkelly@kellyguzzo.com

**Steve A. Pierce**
Norton Rose Fullbright US LLP
111 West Houston Street, Suite 1800
San Antonio, TX 78205
Fax: (210) 270-7205
Email: steve.pierce@nortonrosefullbright.com

**Toby L. Gerber**
Norton Rose Fullbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Fax: (214) 855-8000
Email: toby.gerber@nortonrosefullbright.com

**Justin Gray**
**Anna M. Bruty**
Rosette, LLP
44 Grandville Ave. SW
Grand Rapids, MI 49503
Email: jgray@rosettelaw.com
        abruty@rosettelaw.com

**Marcus Alan Helt, Esq**.
FOLEY & LARDNER LLP
2021 McKinney Avenue
Suite 1600 Dallas, TX 75201
Fax: 214-999-4667
Email: mhelt@foley.com

**Michael A. Caddell**
**Amy E. Tabor**
Caddell & Chapman
628 East 9th Street
Houston TX 77007-1722
Fax: 713-751-0906
Email: mac@caddellchapman.com
       aet@caddellchapman.com

**J. Brian Vanderwoude**
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, Texas 75201
Fax: (214) 981-9901
Email: vanderwoude.brian@dorsey.com

/s/ Jeff P. Prostok
Jeff P. Prostok

# Exhibit A



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 18, 2020

_____
**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC | § | CASE NO. 20-40349 |
| | § | |
| Debtor. | § | |

---

### ORDER DISMISSING BANKRUTPCY CASE

On June 9, 2020 (the "Hearing"), the Court announced its decision with respect to the motion (the "Motion") [Docket No. 123] of the Consumer Borrowers (as that term is defined in the Motion) seeking entry of an order dismissing the above-captioned bankruptcy case for cause pursuant to 11 U.S.C. § 1112(b). Upon consideration of the Motion, any responsive pleadings, the evidence presented and the arguments of counsel, and the entire record before the Court, the Court is of the opinion that the Motion should be GRANTED for the reasons announced on the record at the Hearing. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is granted, and the above-captioned case is hereby dismissed for cause pursuant to 11 U.S.C. § 1112(b); *provided, however*, the Court shall retain jurisdiction to hear and determine the pending motion at Docket No. 285.

### # # # END OF ORDER # # #