Gary H. Leibowitz, Esq. (Admitted *Pro hac vice*)
Irving E. Walker, Esq. *(*Admitted *Pro hac vice)*
COLE SCHOTZ P.C.
300 E. Lombard Street, Ste. 1450
Baltimore, MD 21202
Telephone: 410-230-0660
Facsimile: 410-230-0667
gleibowitz@coleschotz.com

Michael D. Warner (TX Bar No. 00792304)
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 977-1611
mwarner@coleschotz.com

*Counsel to the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EVENTIDE CREDIT ACQUISITIONS, LLC,[1] | Case No. 20-40349 (ELM) |
| Debtor. | |

## WITHDRAWAL BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTION FOR SANCTIONS

The Official Committee of Unsecured Creditors (the "**Committee**") of Eventide Credit Acquisitions, LLC ("**Eventide**" or the "**Debtor**"), by its undersigned counsel, hereby files this Withdrawal of its Motion for Sanctions for Bad Faith Filing (the "**Withdrawal**").

1.  The Committee filed a Motion for Sanctions for Bad Faith Filing (the "**Motion**") on June 17, 2020 [Docket No. 285]. The Debtor filed an Opposition to the Motion. The Office of

---

[1] The last 4 digits of the Debtor's tax identification number is 1353.

1

the United States Trustee ("**UST**") filed a similar motion seeking to review the Debtor's payments to professionals under 11 U.S.C. § 329.

2. After arm's-length negotiations between the Debtor, Committee and the UST, the parties have globally resolved the issues. Specifically, the Debtor agreed to withdraw its appeal of the Order dismissing the bankruptcy case, the UST agreed to withdraw its motion to review the Debtor's payments under 11 U.S.C. § 329, and the Debtor agreed to wire $200,000 to pay for a portion of the Committee's allowed professional fees. Collectively, these actions will bring the Debtor's bankruptcy case and appeal to an end.

3. As of the date of this Withdrawal, the UST filed its withdrawal, the Debtor filed its dismissal, and the $200,000 wire was received.

4. Accordingly, the Committee hereby withdraws its Motion.

Dated:  October 15 , 2020                                **COLE SCHOTZ P.C.**

By: */s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 977-1611 (Facsimile)
mwarner@coleschotz.com

and

Gary H. Leibowitz (Admitted *pro hac vice*)
Irving E. Walker (Admitted *pro hac vice*)
300 E. Lombard Street, Suite 1450
Baltimore, MD 21202
410-230-0660
410-230-0667 (Facsimile)
gleibowitz@coleschotz.com

*Counsel for the Official Committee of Unsecured Creditors*

60754/0001-21491949v1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of October, 2020, a true and correct copy of the foregoing Withdrawal by the *Official Committee of Unsecured Creditors of Motion for Sanctions* was served upon all parties that are registered to receive electronic service through the court's CM/ECF notice system in the above case.

                              */s/ Michael D. Warner*
                              Michael D. Warner

60754/0001-21491949v1